**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VFS Financing Inc., | ) No. CV 10-2339-PHX-FJM |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Sea Horse Marine, Inc., et. al., | ) |
| Defendants. | ) |

The court still has before it plaintiff's motion for temporary restraining order and motion for preliminary injunction (doc. 3). Our recent order denying plaintiff's motion for default judgment and granting defendants' motion to set aside the entry of default (doc. 37) renders the motion for temporary restraining order moot.

Therefore, it is ORDERED DENYING plaintiff's motion for temporary restraining order and motion for preliminary injunction without prejudice on grounds of mootness (doc. 3). This is, of course, without prejudice to the right of plaintiff to renew its motion based on the amended complaint.

DATED this 15th day of June, 2011.

Frederick J. Martone
United States District Judge